[No. 12559–1–I.   Division One.   April 23, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. WESLEY LEE GORE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82–1–00383–9, Liem E. Tuai, J., entered December 7, 1982. *Affirmed* by unpublished opinion per

Williams, J., concurred in by Callow and Ringold, JJ.